USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE APRIL 13, 2015 GRAND JURY SUBPOENA

15-mc-102 (Part I)

ORDER

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

  Argument having been heard today on Margaret Tanchuk's motion to quash or modify the April 13, 2015 grand jury subpoena, with counsel for all parties participating,

  IT IS HEREBY ORDERED that for the reasons set forth on the record, the motion to quash or modify the April 13, 2015 subpoena is denied.

Dated: New York, New York
    April 28, 2015

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.